**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10452-smr |
| | § | |
| VONDA KAY MCVEY, | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

| | | |
|---|---|---|
| VONDA KAY MCVEY | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | ADVERSARY NO. 24-1022-smr |
| | § | |
| US DEPARTMENT OF EDUCATION, | § | |
| | § | |
| DEFENDANT. | § | |

**UNITED STATES OF AMERICA (DEPARTMENT OF EDUCATION)**
**MOTION TO DISMISS CASE WITHOUT PREJUDICE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Comes now the United States of America, on behalf of the Department of Education, Defendant, and files this Motion to Dismiss Case Without Prejudice and represents to the Court as follows:

1.     On April 29, 2024, Plaintiff filed a Pro Se Complaint to Determine Dischargeability of Student Loan (ECF No. 2) requesting this Court discharge her student loans.

2.      On September 30, 2024, the Department of Education declared the Plaintiff's student loans had been forgiven.

3.      Since Plaintiff's student loans have been forgiven, her Complaint is now moot and can be dismissed without prejudice.

4.      Defendant has notified Petitioner of this motion and she has no objection to the case being dismissed without prejudice.

Wherefore Defendant requests this Court dismiss this adversary without prejudice.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:      */s/  Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5858/ Fax (512) 916-5854
Florida State Bar No. 767300
steven.bass@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 24, 2024, a copy of the foregoing "United States of America (Department of Education) Motion to Dismiss Case Without Prejudice" was served by U.S. First Class Mail, postage prepaid, as indicated below:

Vonda Kay McVey
Kay Spurgeon
11700 East FM 1431, #R26
Marble Falls, TX 78654

/s/*Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney

2