**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-10452-smr** |
| | § | |
| **VONDA KAY MCVEY,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

---

| | | |
|---|---|---|
| **VONDA KAY MCVEY** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 24-1022-smr** |
| | § | |
| **US DEPARTMENT OF EDUCATION,** | § | |
| | § | |
| **DEFENDANT.** | § | |

**ORDER ON**
**UNITED STATES OF AMERICA'S (DEPARMENT OF EDUCATION)**
**MOTION TO DISMISS**

2

Came on to be heard the United States of America's Department of Education) Motion to Dismiss, and the Court being of the opinion that the motion should be GRANTED, it is hereby

ORDERED and DECREED that the Motion to Dismiss is GRANTED and the adversary case is DISMISSED.

# # #

Submitted By:
Steven B. Bass
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5858; Fax (512) 916-5854